```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

        Plaintiff,

             v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

        Defendant.
_____/
IN RE:

SK FOODS, L.P.,

        Debtor.
BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK

        Plaintiff,

             v.

SCOTT SALYER, et al.,

        Defendants.
_____/

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  BRADLEY D. SHARP,                        CIV. NO. S-10-811 LKK
 5           Plaintiff,
 6               v.
 7  SKF AVIATION, LLC, et al.,
 8           Defendants.
                                     /
 9  IN RE:
10  SK FOODS, L.P.,
11           Debtor.
12  BRADLEY D. SHARP,                        CIV. NO. S-10-812 LKK
13           Plaintiff,
14               v.
15  SSC FARMS 1, LLC, et al.,
16           Defendants.
                                     /
17  IN RE:
18  SK FOODS, L.P.,
19           Debtor.
20  ROBERT PRUETT,                           CIV NO. S-12-669 MCE
21           Appellant,
22               v.                          RELATED CASE ORDER
23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
             Appellee.
25                                   /
26  ////
```

The above-captioned case is an appeal of an order of the Bankruptcy Court holding Robert Pruett (and others) in contempt for violating a preliminary injunction. The court is in receipt of the Trustee's notice that this case is related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK, <u>Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-811 LKK, and <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-812 LKK. This court previously upheld the preliminary injunctions on appeal from the related cases.

Accordingly the court ORDERS as follows:

1. The bankruptcy appeal denominated Civ. No. 2:12-cv-669 MCE is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-669 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 29, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT