```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11           Plaintiff,
12              v.                         CR. NO. S-10-061 LKK
13   FREDERICK SCOTT SALYER,
14           Defendant.
                                        /
15   IN RE:
16   SK FOODS, L.P.,
17           Debtor.
18   BRADLEY D. SHARP,                     CIV. NO. S-10-810 LKK
19           Plaintiff,
20              v.
21   SCOTT SALYER, et al.,
22           Defendants.
                                        /
23
24   ////
25   ////
26   ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                         CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                    /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                         CIV. NO. S-10-812 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                    /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  ROBERT PRUETT,                            CIV NO. S-12-669 MCE
21          Appellant,
22              v.                            RELATED CASE ORDER
23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
            Appellee.
25                                  /
26  ////
```

2

1    The above-captioned case is an appeal of an order of the
2 Bankruptcy Court holding Robert Pruett (and others) in contempt for
3 violating a preliminary injunction. The court is in receipt of the
4 Trustee's notice that this case is related to <u>Sharp v. Salyer (In
5 re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK, <u>Sharp v. SKF
6 Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-811 LKK, and
7 <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-
8 812 LKK. This court previously upheld the preliminary injunctions
9 on appeal from the related cases.
10    Accordingly the court ORDERS as follows:
11    1. The bankruptcy appeal denominated Civ. No. 2:12-cv-669 MCE
12 is REASSIGNED to Senior Judge Lawrence K. Karlton for all further
13 proceedings. Henceforth, the caption on documents filed in the
14 reassigned case shall be shown as Civ. No. 2:12-cv-669 LKK.
15    2. The Clerk of the Court make shall appropriate adjustment
16 in the assignment of civil cases to compensate for this
17 reassignment.
18    IT IS SO ORDERED.
19    DATED: March 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT