```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                        CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                       /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                    CIV. NO. S-10-810 LKK
19          Plaintiff,
20             v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                       /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  ROBERT PRUETT,                              CIV NO. S-12-669 LKK
 5          Appellant,
 6             v.
 7  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
 8
            Appellee.
 9  _____/
    IN RE:
10
    SK FOOD, L.P., a California
11  limited partnership, et al.,
12          Debtors.
13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
            Appellant,                         CIV NO. S-12-775 LKK
15
               v.
16
    SSC FARMS 1, LLC, et al.,
17
            Appellees.
18  _____/
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

2

```
IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

        Appellants,                    CIV. NO. S-12-0655 GEB

            v.

BRADLEY D. SHARP, Chapter 11
Trustee,
        Appellee.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

SSC FARMS 1, LLC, et al.,

        Appellants,                    CIV. NO. S-12-0894 JAM

            v.

BRADLEY SHARP, et al.,                 RELATED CASE ORDER

        Appellees.
_____/
```

The above-captioned cases are bankruptcy appeals. The court is in receipt of notices that the above-captioned appeals are related to Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. 2:10-cv-810 LKK (and its previously related cases), and also to Pruett v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-669 LKK and Sharp v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-775 LKK.

Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The bankruptcy appeals denominated Civ. No. 2:12-cv-655 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT