UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
IN RE:

SK FOODS, L.P.,

    Debtor.

BRADLEY D. SHARP,                CIV. NO. S-10-810 LKK

    Plaintiff,

        v.

SCOTT SALYER, et al.,

    Defendants.
_____/

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3         Debtor.
 4  BRADLEY D. SHARP,                        CIV. NO. S-10-811 LKK
 5         Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8         Defendants.
                                      /
 9  IN RE:
10  SK FOODS, L.P.,
11         Debtor.
12  BRADLEY D. SHARP,                        CIV. NO. S-10-812 LKK
13         Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16         Defendants.
                                      /
17  IN RE:
18  SK FOODS, L.P., a California
    limited partnership,
19
           Debtor.
20
    CARY COLLINS and COLLINS &
21  ASSOCIATES,
22         Appellants,                       CIV NO. S-12-655 LKK
23             v.
24  BRADLEY D. SHARP, Chapter 11
    Trustee
25
           Appellee.
26                                    /
```

```
 1  IN RE:

 2  SK FOOD, L.P., a California
    limited partnership,
 3
              Debtor.
 4
    CARY COLLINS and COLLINS &
 5  ASSOCIATES,

 6            Appellants,                    CIV NO. S-12-1308 JAM

 7            v.

 8  BRADLEY D. SHARP, Chapter 11
    Trustee,                                 RELATED CASE ORDER
 9
              Appellee.
10  _____/
```

The court is in receipt of a notice that <u>Collins v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1308-JAM, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK, 2:10-cv-812-LKK and 2:12-cv-655-LKK. Examination of these cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:12-cv-1308-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1308-LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 4, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT