```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11           Plaintiff,
12              v.                          CR. NO. S-10-061 LKK
13   FREDERICK SCOTT SALYER,
14           Defendant.
                                        /
15   IN RE:
16   SK FOODS, L.P.,
17           Debtor.
18   BRADLEY D. SHARP,                       CIV. NO. S-10-810 LKK
19           Plaintiff,
20              v.
21   SCOTT SALYER, et al.,
22           Defendants.
                                        /
23
24   ////
25   ////
26   ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                              CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                       /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                              CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                       /
17  IN RE:
18  SK FOODS, L.P., a California
    Limited Partnership,
19
            Debtor.
20
    SCOTT SALYER, individually and                 CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
            Appellants,
23
               v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,          RELATED CASE ORDER
25
            Appellee.
26                                     /
```

1    The court is in receipt of a notice that <u>Salyer v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1292-GEB, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK. Examination of the cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

   Accordingly the court ORDERS as follows:

   1.   The case denominated Civ. No. 2:12-cv-1292-GEB is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.

   2.   The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

   DATED: June 12, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3