```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11           Plaintiff,
12              v.                        CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14           Defendant.
                                    /
15  IN RE:
16  SK FOODS, L.P.,
17           Debtor.
18  BRADLEY D. SHARP,                     CIV. NO. S-10-810 LKK
19           Plaintiff,
20              v.
21  SCOTT SALYER, et al.,
22           Defendants.
                                    /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3           Debtor.

 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK

 5           Plaintiff,

 6              v.

 7  SKF AVIATION, LLC, et al.,

 8           Defendants.
    _____/
 9  IN RE:

10  SK FOODS, L.P.,

11           Debtor.

12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK

13           Plaintiff,

14              v.

15  SSC FARMS 1, LLC, et al.,

16           Defendants.
    _____/
17  IN RE:

18  SK FOODS, L.P., a California
    Limited Partnership,
19
             Debtor.
20
    SCOTT SALYER, individually and             CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
             Appellants,
23
                v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,      RELATED CASE ORDER
25
             Appellee.
26  _____/
```

2

1    The court is in receipt of a notice that <u>Salyer v. Sharp (In
2  re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1292-GEB, is related to Civ.
3  Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK.
4  Examination of the cases shows that they are related.  Pursuant to
5  E.D. Cal. R. 123(c), related cases are re-assigned to the judge
6  with the lower numbered case.
7    Accordingly the court ORDERS as follows:
8    1.  The case denominated Civ. No. 2:12-cv-1292-GEB is
9  REASSIGNED to Senior Judge Lawrence K. Karlton for all further
10 proceedings.  Henceforth, the caption on documents filed in the
11 reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.
12   2.  The Clerk of the Court make shall appropriate adjustment
13 in the assignment of civil cases to compensate for this
14 reassignment.
15   IT IS SO ORDERED.
16   DATED:  June 12, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```